SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TEXAS__

Filed 3/8/2007
Clerk, U.S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES OF AMERICA
V.
WILLIAM BROCK (1),
ROBERT MORALES (2), and
CHRISTOPHER DUQUE (3)

## CRIMINAL COMPLAINT

Case Number: SA-07-166M

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __3/7/2007__ (Date) in __Bexar__ County, in the __Western__ District of __Texas__ defendant(s) did,

(Track Statutory Language of Offense)
Possess Less than 50 Kilograms of Marijuana with Intent to Distribute

in violation of Title __21__ United States Code, Section(s) __841(b)(1)(D)__.

I further state that I am a(n) __Sgt., DPS__ (Official Title) and that this complaint is based on the following facts:

While conducting surveillance of William Brock, Affiant observed Brock drive to a San Antonio motel. At the motel, Robert Morales and Christopher Duque approached Brock's vehicle and removed a suit case. As police approached Morales and Duque, the two fled in a pickup with Duque driving. Duque and Morales were apprehended and admitted possessing the suitcase, which contained about 39 kilograms of marijuana. Brock admitted delivering the marijuana to Morales and Duque.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

_Shane G. Staley_
Signature of Complainant

Shane Staley
Printed Name of Complainant

Sworn to before me and signed in my presence,

3/8/2007                           at   San Antonio,            Texas
Date                                    City                    State

JOHN W. PRIMOMO        U.S. MAGISTRATE         _John W. Primomo_
Name of Judge          Title of Judge          Signature of Judge