SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2007 MAR 21 PM 12: 50
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BROCK (1),<br>ROBERT MORALES (2), and<br>CHRISTOPHER DUQUE (3),<br><br>Defendant. | CRIMINAL NO. SA07CR155 RF<br>**INDICTMENT**<br><br>[Vio:<br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), & 846 : Conspiracy to Possess with Intent to Distribute Marijuana, Under Fifty Kilograms;<br>21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D) : Possession with Intent to Distribute Marijuana, Under Fifty Kilograms;<br>18 U.S.C. § 2: Aiding and Abetting.] |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), & 846]

Or about March 7, 2007, in the Western District of Texas, Defendants,

**WILLIAM BROCK (1),
ROBERT MORALES (2), and
CHRISTOPHER DUQUE (3),**

knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with others known and unknown to possess with intent to distribute a controlled substance, which offense involved less than fifty kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, said substance being possessed with the intent to distribute for remuneration, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and 846.

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D); 18 U.S.C. § 2]

That on or about March 7, 2007, in the Western District of Texas, the Defendants,

**WILLIAM BROCK (1),
ROBERT MORALES (2), and
CHRISTOPHER DUQUE (3),**

aided and abetted by each other, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved less than fifty kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, said substance being possessed with the intent to distribute for remuneration, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(D), and Title 18, United States Code, Section 2.

A TRUE BILL,

FOREPERSON

JOHNNY SUTTON
United States Attorney

By: JOEY CONTRERAS
Assistant United States Attorney